# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTINE LITTLE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-332 |
| | § | Judge Mazzant |
| INMODE, LTD., INMODE MD, LTD., and INVASIX, INC., | § § § | |
| | § | |
| *Defendants.* | § § § | |

## ORDER

Pending before the Court is Plaintiff Christine Little's Motion to Compel (Dkt. #48). Having considered the motion and the relevant pleadings, the Court finds that the motion should be DENIED.

On August 14, 2023, the Court entered its Scheduling Order to control the disposition of the above-referenced case (Dkt. #45). To address discovery disputes, the Scheduling Order states:

> In the event the parties encounter a discovery dispute, no motions to compel may be filed until after the parties fulfill the "meet and confer" requirement imposed by this Court's Local Rule CV-7(h). If the parties are unable to resolve the dispute without court intervention, the parties must then call the Court's chambers to schedule a telephone conference regarding the subject matter of the dispute prior to filing any motion to compel. After reviewing the dispute, the Court will resolve the dispute, order the parties to file an appropriate motion, or direct the parties to call the discovery hotline.

(Dkt. #45 at p. 4). Here, Plaintiffs did not call chambers to schedule a telephone conference before filing the present motion and thus did not follow the Court's procedure under the Scheduling Order. As a result, Plaintiff's Motion to Compel should be denied.

1

It is therefore **ORDERED** that Plaintiff Christine Little's Motion to Compel (Dkt. #48) is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 16th day of November, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE