IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTINE LITTLE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Case No. 4:23-cv-00332-ALM |
| | § | |
| | § | |
| INMODE, LTD., INMODE MD, LTD., | § | JURY TRIAL DEMANDED |
| INVASIX, INC., and INVASIX, LTD., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER COMPELLING DEFENDANTS INVASIX, INC., AND INMODE, LTD., TO PRODUCE RELEVANT DOCUMENTS AND INFORMATION

On December 14, 2023, the Court held a telephonic hearing with the parties on Plaintiff's request that the Court order Defendants Invasix, Inc. and InMode, Ltd., to produce relevant documents and information pursuant to the Court's Order Governing Proceedings (Dkt. #22).

The relevant documents and information that Plaintiff sought to have compelled included documents and information on the manufacture, design, testing, marketing and sale of the Evoke product, which is the subject of this product liability lawsuit, and a settlement agreement between one or both Defendants and a Dr. Jason Riehs, which is related to the incident underlying this lawsuit.

Having considered the Plaintiff's requested relief, Defendants' response, and all matters properly before the Court, the Court is of the opinion that the Plaintiff's requested relief is meritorious and should be, and is, **GRANTED**.

**THE COURT HEREBY ORDERS** Defendants Invasix, Inc. and InMode, Ltd., to produce documents and information concerning the manufacture, design, testing, marketing, and

sale of the Evoke product and the settlement agreement with Dr. Jason Riehs, which may be appropriately designated under the Protective Order (Dkt. 44).

**IT IS SO ORDERED.**

**SIGNED this 20th day of February, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE